

**NUMBER 13-10-00582-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOEL CASTELLANOS,** **Appellant,**

**v.**

**IRMA ALDAPE RODRIGUEZ,** **Appellee.**

---

**On appeal from County Court at Law No. 1
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to set aside the court's judgment without reference to the merits and to remand to the trial court to enter an agreed dismissal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to set aside, without regard to the merits, the trial court's judgment and remand this case for

entry of an agreed order of dismissal (costs taxed to the party incurring them) in accordance with the agreement of the parties.

The joint motion to set aside the trial court's judgment and remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for entry of an agreed order of dismissal (costs taxed to the party incurring them) in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Any pending motions are dismissed as moot.

The parties also request immediate issuance of our mandate. *See* TEX. R. APP. P.18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
13th day of January, 2011.

2